JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510)  839-3882
E-mail: john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486   41st Street, # 3
Oakland, CA 94609
Telephone:  (510) 420-0324
Facsimile:  (510) 420-0324
E-Mail:     Glibet@sbcglobal.net

Attorneys for Plaintiffs

JAMES V. FITZGERALD, III, Esq.
NOAH G. BLECHMAN, Esq.
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
P.O. Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203
E-Mail:  james.fitzgerald@mcnamaralaw.com; noah.blechman@mcnamaralaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA MARTINEZ; JOSE CHAVEZ, JR.; MARTIN ESPINOZA, JR.; and JUAN MEJIA, | No.  C-06-07030-SBA |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME FOR COMPLETION OF MEDIATION** |
| vs. | |
| CITY OF LIVERMORE, a governmental entity; STEVE KRULL, in his capacity as Chief of Police for CITY OF LIVERMORE; Livermore police officers CINDY MOORE; ANTHONY GRAJEDA; ROBERT LANAM; ERNEST GUMBAN; MICHAEL KRYWOKULSKY; JOSHUA RATCLIFFE; DANIEL CLEGHORN; and DOES 1-25, inclusive, individually, and in their capacity as police officers for CITY OF LIVERMORE, | |
| _____Defendants._____/ | |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. Counsel for plaintiffs and defendants have discussed with the Mediator, Ms. Jo Hoenninger, their need for further time to conduct discovery, and Ms. Hoenninger agrees with the extension of time deadline proposed in the Stipulation.  This extension of time for Mediation is needed so that all parties can engage in a productive Mediation hearing.

2. Prior to a meaningful Mediation, the parties need to conduct the following discovery:

Plaintiffs' service of Responses to thirty-three sets (33) of Special Interrogatories; thirty-six (36) sets of Requests for Production of Documents; and, thirty-six (36) sets of Requests for Admissions (which Responses are not due until 6-29-07, and plaintiffs may well require an extension to serve Responses to this huge amount of written discovery from defendants); take the depositions of the parties; locate and take the depositions of witnesses; and receive important medical records and billings and wage loss information for plaintiffs (which has been requested, but not yet received); and, defense counsel have just recently served Defendant's Responses to Plaintiffs' Special Interrogatories and Request for Production of Documents, however defense counsel has not yet prepared or served a Stipulated Protective Order, which would include in camera review by the Court of responsive confidential/privileged documents and a subsequent Court Order that defendants produce some or all of said documents to plaintiffs' counsel.  Then, plaintiffs' counsel will need to review this material and decide whether any further discovery is necessitated by information contained in those documents;

3. Mr. Burris is lead counsel and will attend the Mediation Conference.  He and Ms. Libet have been swamped with work in a case wit a lot of witnesses and discovery for the last five weeks, and during this month and July, will also have to conduct a great deal of discovery in several cases, including this case;

4.  Mr. Burris will be on vacation from June 24th through July 7th 2007, and during the first week of August 2007; and,

5.  Accordingly, the parties, by and through their respective counsel, hereby stipulate and jointly request that the deadline for the occurrence of the Mediation hearing in this case be extended from  July 30, 2007 to September 30, 2007, or as soon thereafter as the Court deems appropriate.

LAW OFFICES OF GAYLA B. LIBET

Dated:  6/12/07             By:  /s/ Gayla B. Libet
                                 GAYLA B. LIBET, Esq.
                                 Attorneys for Plaintiffs

LAW OFFICES OF JOHN L. BURRIS

Dated:  6/12/07             By:  /s/ John L. Burris
                                 JOHN L. BURRIS, Esq.
                                 Attorneys for Plaintiffs

McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

Dated: 6/12/07             By:  /s/ James V. Fitzgerald, III

                                 JAMES V. FITZGERALD, III, Esq.
                                 NOAH BLECHMAN, Esq.
                                 Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  7/16/07

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge